UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**BRADLEY HICKS,**

    **Plaintiff,**

**v.**                           Case No: 6:17-cv-1472-Orl-41TBS

**DEEPWATER GLOBAL DISTRIBUTION, INC., RICHARD GILLILAND and LINDA GILLILAND,**

    **Defendants.**
_____/

**ORDER**

THIS CAUSE is before the Court on the Joint Motion for Approval of Settlement and for Dismissal with Prejudice (Doc. 38). United States Magistrate Judge Thomas B. Smith issued a Report and Recommendation (Doc. 39), recommending that the motion be granted. After a *de novo* review, and noting that no objections were timely filed, the Court agrees with the analysis in the Report and Recommendation. Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 39) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion for Approval of Settlement and for Dismissal with Prejudice (Doc. 38) is **GRANTED**.

3. The Settlement Agreement (Doc. 38-1) is **APPROVED**.

4. This case is **DISMISSED with prejudice**.

5. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on April 2, 2019.



Copies furnished to:

Counsel of Record